**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Venoco, Inc., *et al.*, | Case No. 16-10655 (KG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 209** |

**SUPPLEMENT TO FIRST AMENDED JOINT PLAN OF REORGANIZATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

     **PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this plan supplement (this "Plan Supplement") in support of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 209] (as may be amended, supplemented or otherwise modified from time to time and including all exhibits and supplements thereto, the "Plan"), filed in these Chapter 11 Cases on May 15, 2016.[2]

     **PLEASE TAKE FURTHER NOTICE THAT** this Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time:

- **Exhibit A** – Employment Agreement
- **Exhibit B** – LLC Agreement
- **Exhibit C** – New Warrant Agreements
- **Exhibit D** – Description of Conversion Transaction Steps
- **Exhibit E** – Assumed Contract Schedule
- **Exhibit F** – Rejected Contract Schedule
- **Exhibit G** – Retained Causes of Action
- **Exhibit H** – Identification of Noteholder HoldCo

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Venoco, Inc. (5555); Denver Parent Corporation (1005); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812). The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: Venoco, Inc., 370 17th Street, Suite 3900, Denver, CO 80202-1370.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve the right to alter, amend, modify, or supplement any document in this Plan Supplement as provided by the Plan and the RSA, <u>provided</u> <u>that</u> if any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors will file a blackline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek Confirmation of the Plan at a hearing scheduled for **Wednesday, July 13, 2016, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Kevin Gross in Courtroom No. 3 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware, at which time and at which place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan, the Plan Supplement, and any other related documents may be obtained at no charge may be obtained at no charge from BMC Group, Inc. ("<u>BMC</u>"), the Claims and Solicitation Agent retained by the Debtors in these Chapter 11 Cases, by: (a) accessing the Debtors' restructuring website at www.bmcgroup.com/venoco; (b) writing to BMC at BMC Group, Inc., Attn: Venoco Claims Processing, PO Box 90100, Los Angeles, CA 90009; or (c) calling BMC at 1 (888) 909-0100. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at www.deb.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 10, 2016
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Erin R. Fay*

Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
efay@mnat.com

              -and-

**BRACEWELL LLP**

Robert G. Burns (admitted *pro hac vice*)
Robin J. Miles (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (800) 404-3970
Robert.Burns@bracewelllaw.com
Robin.Miles@bracewelllaw.com
              -and-
Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (800) 404-3970
Mark.Dendinger@bracewelllaw.com

*Counsel for Debtors and Debtors in Possession*

-3-