# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Venoco, Inc., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 16-10655 (KG)<br><br>(Jointly Administered)<br><br>**New Hearing Time:**<br>**July 13, 2016 at 9:30 a.m. (ET)**<br><br>RE: D.I. 216, 220, 223 |

## NOTICE OF RESCHEDULED CONFIRMATION HEARING TIME

PLEASE TAKE NOTICE that, pursuant to the *Order (A) Approving the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballots and Notices in Connection Therewith, (D) Establishing the Plan Confirmation Schedule and (E) Granting Related Relief* (D.I. 216) a hearing to consider confirmation of the *First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code* (D.I. 220) (as may be amended or supplemented from time to time and including all exhibits thereto, the "***Plan***") was scheduled to commence on July 13, 2016 at 10:00 a.m. (ET) (the "***Confirmation Hearing***").

PLEASE TAKE FURTHER NOTICE that, the Confirmation Hearing has been rescheduled at the direction of the Court and will now commence at **9:30 a.m. (ET) on July 13, 2016** before the Honorable Kevin Gross, United States Bankruptcy Judge for the District of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, Inc. (5555); Denver Parent Corporation (1005); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812). The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: Venoco, Inc., 370 17th Street, Suite 3900, Denver, CO 80202-1370.

Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. The Confirmation Hearing will continue on July 14, 2016 at 9:30 a.m. (ET), if needed. The Confirmation Hearing may be further adjourned from time to time by notice filed with the Court or by announcement in open court without written notice to parties in interest.

PLEASE TAKE FURTHER NOTICE that, the rescheduled Confirmation Hearing shall not result in any further extension of the deadline for filing and serving objections to the Plan, unless otherwise agreed by the Debtor or ordered by the Court.

Dated: July 5, 2016
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
efay@mnat.com

-and-

BRACEWELL LLP
Robert G. Burns (admitted *pro hac vice*)
Robin J. Miles (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (800) 404-3970
Robert.Burns@bracewelllaw.com
Robin.Miles@bracewelllaw.com

-and-

Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (800) 404-3970
Mark.Dendinger@bracewelllaw.com

*Counsel for Debtors and Debtors in Possession*